No. 742. KEELER ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *DeWitt Williams* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States. ■

No. 779. BOSTIC *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *James C. Britt* for petitioner. *Earl W. Allison* for respondent.

No. 842. SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES & INLAND WATER DISTRICT, PUERTO RICO DIVISION, AFL–CIO, *v.* VALENCIA BAXT EXPRESS, INC., ET AL. Supreme Court of Puerto Rico. Certiorari denied. *Richard P. Long* for petitioner. *Herbert Burstein* for respondent Valencia Baxt Express, Inc. Reported below: —— P. R. ——.

No. 983. WILLCOXSON *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John H. Pickering* and *John D. Robb* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *S. Billingsley Hill* for the United States et al., and *Jack T. Conn, William Amory Underhill* and *Lynn Adams* for Kerr-McGee Oil Industries, Inc., respondents. ■

No. 1012. LIPP ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Guy Emery* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. ■